IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH DISTRICT

CASE NO.: 26-12137-B

_____

KATHLEEN LARSON and MITCHEL NEIDERHISER,

Appellants,

-vs-

SHERMON ALLEN,

Appellee.

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA

L.T. CASE NO.: 2:23-cv-00251-KDC-NPM

_____

**APPELLANTS' CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

_____

FORREST L. ANDREWS, ESQ.
Lydecker LLP
Attorneys for Appellants Kathleen
Larsen and Mitchel Neiderhiser
1221 Brickell Avenue, 19th Floor
Miami, FL 33131
Tel.: (305) 416-3180
Fax: (305) 416-3190
Primary Email: fla@lydecker.com
Secondary Email: adl@lydecker.com

# APPELLANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

## KATHLEEN LARSON, et al. v. SHERMON ALLEN
## CASE NO.: 26-12137-B

Appellants, KATHLEEN LARSON and MITCHEL NIDERHISER, by and through undersigned counsel and pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1 state the following is an alphabetical list of the trial judge, attorneys, persons, firms, partnerships, and corporations with any known interest in the outcome of this appeal:

Allen, Shermon – Plaintiff/Appellee

Andrews, Forrest, L. – Counsel for Defendants/Appellants

Gieser, Morgan, T. – Counsel for Defendants/Appellants

Johnson, Stephen Hunter - Counsel for Defendants/Appellants

Larson, Kathleen – Defendant/Appellant

Lydecker LLP – Counsel for Defendants/Appellants

Neiderhiser, Mitchel – Defendant/Appellant

Rojas, Linda, R. – Counsel for Defendants/Appellants

## CORPORATE DISCLOSURE STATEMENT

Appellants, KATHLEEN LARSON and MITCHEL NEIDERHISER, pursuant to Eleventh Circuit Rule 26.1-3(b), hereby certify that no publicly traded company or corporation has an interest in the outcome of this appeal.

Respectfully Submitted,

**Lydecker LLP**
*Attorneys for Appellants*
*Kathleen Larsen and Mitchel*
*Neiderhiser*
1221 Brickell Avenue, 19th Floor
Miami, FL 33131
Tel.: (305) 416-3180
Fax: (305) 416-3190
Primary Email:
fla@lydecker.com
Secondary Email:
adl@lydecker.com

By: /s/ *Forrest L. Andrews*
      Forrest L. Andrews, Esq.
      Florida Bar No. 17782

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 2, 2026, a true and correct copy of the foregoing was filed with the Clerk of Court and served via CM/ECF on all counsel of record and pro se parties identified in the following Service List.

## SERVICE LIST

Shermon Allen, Pro Se
Prison I.D. # T07183
Suwanee Correctional Institution
5964 U.S. Highway 90
Live Oak, FL 32060

By: /s/ *Forrest L. Andrews*
Forrest L. Andrews
Florida Bar No. 17782