**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 26.1 and this Court's Local Rule 26.1-1, undersigned counsel makes the following disclosure of interested parties:

Allen, Shermon – Plaintiff/Appellee

Andrews, Forrest, L. – Counsel for Defendants/Appellants

Dude, Honorable Kyle C. – U.S. District Court Judge

Gieser, Morgan, T. – Counsel for Defendants/Appellants

Johnson, Stephen Hunter – Counsel for Defendants/Appellants

Larson, Kathleen – Defendant/Appellant

Lydecker LLP – Counsel for Defendants/Appellants

Mizell, Honorable Nicholas P. – U.S. Magistrate Judge

Neiderhiser, Mitchel – Defendant/Appellant

Rojas, Linda, R. – Counsel for Defendants/Appellants

Weiss, Samuel – Counsel for Plaintiff/Appellee

/s/ *Samuel Weiss*
Samuel Weiss
RIGHTS BEHIND BARS
1800 M Street NW, Front 1 #33821
Washington, DC 20033
202-455-4399
sam@rightsbehindbars.org

## CORPORATE DISCLOSURE STATEMENT

Appellee, pursuant to Eleventh Circuit Rule 26.1-3(b), hereby certifies that no publicly traded company or corporation has an interest in the outcome of this appeal.

/s/ *Samuel Weiss*
Samuel Weiss

## CERTIFICATE OF SERVICE

I certify that on August 14, 2026, I electronically transmitted the foregoing brief to the Clerk of the Court using the appellate CM/ECF System, causing it to be served on counsel of record, who are all registered CM/ECF users.


/s/ *Samuel Weiss*
Samuel Weiss