# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 and this Court's Local Rule 26.1-1, undersigned counsel makes the following disclosure of interested parties:

Allen, Shermon – Plaintiff/Appellee

Andrews, Forrest, L. – Counsel for Defendants/Appellants

Dude, Honorable Kyle C. – U.S. District Court Judge

Gieser, Morgan, T. – Counsel for Defendants/Appellants

Hamilton, Danielle – Counsel for Plaintiff/Appellee

Johnson, Stephen Hunter – Counsel for Defendants/Appellants

Larson, Kathleen – Defendant/Appellant

Lydecker LLP – Counsel for Defendants/Appellants

Mizell, Honorable Nicholas P. – U.S. Magistrate Judge

Neiderhiser, Mitchel – Defendant/Appellant

Rojas, Linda, R. – Counsel for Defendants/Appellants

/s/ Danielle Hamilton

Danielle Hamilton
Northwestern Pritzker School of Law
Federal Appellate Litigation Clinic
375 E. Chicago Ave, 8th Fl.
Chicago, IL 6061 l
Ph: 312.513.8576
Danielle.Hamilton@law.northwestern.edu
Counsel for Plaintiff-Appellee Shermon Allen

## CORPORATE DISCLOSURE STATEMENT

Appellee, pursuant to Eleventh Circuit Rule 26.1-3(b), hereby certifies that no publicly traded company or corporation has an interest in the outcome of this appeal.

/s/ Danielle Hamilton

## CERTIFICATE OF SERVICE

I certify that on September 3, 2026, I electronically transmitted the foregoing brief to the Clerk of the Court using the appellate CM/ECF System, causing it to be served on counsel of record, who are all registered CM/ECF users.

/s/ Danielle Hamilton