IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH DISTRICT

CASE NO.: 26-12137-B

---

KATHLEEN LARSON and MITCHEL NEIDERHISER,

Appellants,

-vs-

SHERMON ALLEN,

Appellee.

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

L.T. CASE NO.: 2:23-cv-00251-KDC-NPM

---

**APPELLANTS' MOTION FOR VOLUNTARY DISMISSAL**

---

Appellants, KATHLEEN LARSON and MITCHEL NIDERHISER, by and through undersigned counsel and pursuant to Federal Rule of Appellate Procedure 42(b) and Eleventh Circuit Rule 42-1(a), hereby moves to voluntarily dismiss this appeal, and states the following in support thereof:

1. Appellants' initial brief was due August 27, 2026.

2. Although this Motion was prepared on or about August 20, 2026, it was inadvertently not filed prior to August 27, 2026.

3. Undersigned counsel does not believe that this appeal has been assigned to a merits panel.

4. The parties have reached a settlement in the underlying action.

5. Undersigned counsel informed Appellees' appellate counsel of the settlement.

6. No party will be prejudiced by the dismissal of this appeal.

7. Each party shall bear its own attorney's fees and costs incurred in this appeal.

WHEREFORE, Appellants, KATHLEEN LARSON and MITCHEL NIDERHISER, respectfully request that the Clerk entered an order dismissing this appeal.

Respectfully Submitted,

**Lydecker LLP**
*Attorneys for Appellants*
*Kathleen Larsen and Mitchel Neiderhiser*
1221 Brickell Avenue, 19th Floor
Miami, FL 33131
Tel.: (305) 416-3180
Fax: (305) 416-3190
Primary Email: fla@lydecker.com
Secondary Email: adl@lydecker.com

By: /s/ *Forrest L. Andrews*
Forrest L. Andrews, Esq.
Florida Bar No. 17782

# APPELLANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

KATHLEEN LARSON, et al. v. SHERMON ALLEN
CASE NO.: 26-12137-B

Appellants, KATHLEEN LARSON and MITCHEL NIDERHISER, by and through undersigned counsel and pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1 state the following is an alphabetical list of the trial judge, attorneys, persons, firms, partnerships, and corporations with any known interest in the outcome of this appeal:

Allen, Shermon – Plaintiff/Appellee

Andrews, Forrest, L. – Counsel for Defendants/Appellants

Gieser, Morgan, T. – Counsel for Defendants/Appellants

Johnson, Stephen Hunter - Counsel for Defendants/Appellants

Larson, Kathleen – Defendant/Appellant

Lydecker LLP – Counsel for Defendants/Appellants

Neiderhiser, Mitchel – Defendant/Appellant

Rojas, Linda, R. – Counsel for Defendants/Appellants

Weiss, Samuel – Counsel for Plaintiff/Appellee

## CORPORATE DISCLOSURE STATEMENT

Appellants, KATHLEEN LARSON and MITCHEL NEIDERHISER, pursuant to Eleventh Circuit Rule 26.1-3(b), hereby certify that no publicly traded company or corporation has an interest in the outcome of this appeal.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 8, 2026, a true and correct copy of the foregoing was filed with the Clerk of Court and served via CM/ECF on all counsel of record and pro se parties identified in the following Service List.

## SERVICE LIST

Samuel Weiss, Esq.
Rights Behind Bars
1800 M Street NW, Front 1 #33821
Washington, DC 20033
E-mail: sam@rightsbehindbars.org
Counsel for Appellee

By: */s/ Forrest L. Andrews*
Forrest L. Andrews
Florida Bar No. 17782